|  |  |
|---|---|
|  | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| UNITED STATES OF AMERICA, | CASE NO: 07-20466-CR-GOLD |
| Plaintiff, |  |
| VS. |  |
| RAMAR HAWKINS, |  |
| Defendant._____/ |  |

### ORDER ADOPTING AND AFFIRMING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

This matter is before this Court pursuant to the defendant's motion to suppress evidence, filed July 31, 2007. On August 21, 2007 the instant motion was referred to Chief Magistrate Judge Ted E. Bandstra for appropriate proceedings pursuant to 28 U.S.C. §636(b).

On August 7, 2007 Chief Magistrate Judge Bandstra conducted an evidentiary hearing and on August 8, 2007 he issued an Report and Recommendation which recommends that the defendant's motion to suppress evidence be denied.

The parties were afforded five days from the date of service of the Report and Recommendation within which to file written objections, if any, for consideration by the undersigned. Further review of the docket sheet reveals that no objection has been filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Chief Magistrate Judge's Report and Recommendation, filed August 8, 2007, is hereby adopted and affirmed. It is further

**ORDERED AND ADJUDGED** that the defendant's motion to suppress evidence [DE 24] is hereby **denied**.

**DONE AND ORDERED** at Miami, Florida, this _____31st._____ day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:   Chief Magistrate Judge Ted E. Bandstra
      AUSA Scott M. Edenfield
      AFPD Daniel Ecarius